# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **\*\*Criminal No. 07-99-P-S** |
| **CHRISTOPHER POULOS,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 25, 2007, his Recommended Decision (Docket No. 43). Defendant Christopher Poulos filed his Objection to the Recommended Decision (Docket No. 44) on February 11, 2007. The Government filed its response to Defendant Poulos's Objection (Docket No. 46) on February 26, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.        It is hereby **ORDERED** that Defendant's Motion to Suppress Evidence (Docket No. 25) is **DENIED**.

                                                /s/George Z. Singal_____
                                                Chief U.S. District Judge

Dated: March 3, 2008